15

AO 456 (Rev. 5/85) Notice

# United States District Court

SOUTHERN DISTRICT OF TEXAS

ROBIN ROY TALIANICICH

v.

AMFELS, INC.

*United States District Court*
*Southern District of Texas*
**ENTERED**
JUL 20 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

NOTICE

*United States District Court*
*Southern District of Texas*
**FILED**
JUL 17 1998
Michael N. Milby, Clerk of Court

CASE NUMBER: CA-B-97-121

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

☒ TAKE NOTICE That a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| UNITED STATES COURTHOUSE<br>1001 E. Elizabeth St.<br>Brownsville, Texas 78520 | 4th Floor Courtroom |
| | DATE AND TIME |
| | August 20, 1998 at 2:00 p.m. |

**TYPE OF PROCEEDING**

Hearing on Defendant's Motion for Summary Judgment before Hilda G. Tagle, United States District Judge

☐ TAKE NOTICE that the proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

MICHAEL N. MILBY
CLERK OF COURT

July 17, 1998
DATE

*S. Vega* (signature)
(BY) DEPUTY CLERK

To:  BARRY BENTON
     284 Ebony Ave.
     Brownsville, Texas 78520

     LEONEL ALEJANDRO
     2025 Central Blvd., Suite A
     Brownsville, Texas 78520