United States District Court
Southern District of Texas
ENTERED
AUG 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
AUG 17 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROBIN ROY TALIANICICH, § | |
| Plaintiff(s), § | |
| v. § | CIVIL ACTION NO. B-97-121 |
| AMFELS, INC., § | |
| Defendant(s). § | |

## ORDER

1. Plaintiff's Motion for Leave of Court to File Plaintiff's First Amended Response to Defendant's Motion for Summary Judgment with Videotaped Deposition Excerpts Attached (Dkt. No. 17) is GRANTED.

2. Plaintiff's Motion for Leave to File Supplemental Response to Defendant's Motion for Summary Judgment (Dkt. No. 19) is GRANTED.

3. The Clerk is directed to file Exhibit No. 1 attached to Dkt. No. 17 and Exhibit No. 1 attached to Dkt. No. 19 as separate instruments.

DONE at Brownsville, Texas this 17 day of August 1998.

Hilda G. Tagle
United States District Judge