United States District Court
Southern District of Texas
ENTERED

AUG 2 5 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 4 1998

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROBIN ROY TALIANCICH, | § |
| Plaintiff(s), | § |
| v. | § CIVIL ACTION NO. B-97-121 |
| AMFELS, INC., | § |
| Defendant(s). | § |

## ORDER

After considering the evidence and argument of counsel, Defendant AMFELS, INC.'s Motion for Summary Judgment (Dkt. No. 13) is **DENIED**.

DONE at Brownsville, Texas this 24th day of August 1998.

Hilda G. Tagle
United States District Judge