27

United States District Court
Southern District of Texas
ENTERED
SEP 1 1 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
SEP 1 0 1998
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROBIN ROY TALIANICICH, <br> Plaintiff(s) <br><br> VS. <br><br> AMFELS, INC. <br> Defendant(s) | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br> CIVIL ACTION NO. B-97-121 |

## ORDER

On this 20th day of August, 1998, came on to be heard Defendant's Motion for Summary Judgment and the Court, after hearing the arguments and authorities of counsel, is of the opinion that the Motion as presented should be denied.

The Court is further of the opinion that Defendants should have opportunity to present an amended motion for summary judgment within twenty (20) days of the date of this hearing, with Plaintiff being afforded a period of ten (10) days thereafter in which to file a response. The Court shall set such motion for hearing if it deems necessary.

**IT IS, THEREFORE, ORDERED AND DECREED** that Defendants may file an amended motion for summary judgment on or before September 9, 1998. Plaintiffs shall file their response to said motion on or before September 21, 1998.

The Court will issue a notice of hearing if the Court deems a hearing necessary for purposes of ruling on said motion.

DONE this 10 day of September, 1998.

_____
UNITED STATES DISTRICT JUDGE

Order - Solo Page
/motions/21162.order