34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 12 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ROBIN ROY TALIANICICH, | § |
| Plaintiff(s), | § |
| v. | § CIVIL ACTION NO. B-97-121 |
| AMFELS, INC., | § |
| Defendant(s). | § |

## ORDER

BE IT REMEMBERED that on October 12, 1999, the Court considered Defendant AMFELS, INC.'S motion for leave to file partial summary judgment (Dkt. No. 28). Defendant's motion is GRANTED.

DONE at Brownsville, Texas, this 12 day of October 1999.

_____
Hilda G. Tagle
United States District Judge