39

United States District Court
Southern District of Texas
ENTERED

**FEB 2 8 2000**

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROBIN ROY TALIANICICH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-121 |
| | § | |
| AMFELS, INC., | § | |
| | § | |
| Defendant. | § | |

## Final Order of Dismissal

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 380 (1994).

   DONE at Brownsville, Texas, this ___2 4___ day of February 2000.


   _____
   Hilda G. Tagle
   United States District Judge