42

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 14 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **ROBIN ROY TALIANICICH** | § | |
| VS. | § | CIVIL ACTION NO. B-97-121 |
| **AMFELS, INC.** | § | |

### ORDER OF DISMISSAL AND ORDER REGARDING CONFIDENTIALITY

On the 13 day of March, 2000, in the above entitled and numbered cause, wherein ROBIN ROY TALIANICICH, is the Plaintiff, AMFELS, INC., is the Defendant, came on for consideration the Plaintiff's and Defendant's Agreed Motion to Dismiss and Motion for Confidentiality, wherein the parties made known to the Court that all matters in controversy between them had been compromised and settled and requested the Court to dismiss, with prejudice;

And it appearing to the Court that all matters in controversy between the parties in said cause have been compromised and settled and no further dispute exists between the parties and that said cause, and all claims, actions, and causes of action asserted by Plaintiff against the Defendant in said cause should be dismissed with prejudice;

It is also requested and agreed by the parties that the terms of the settlement be kept confidential.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED by the Court that this cause, and all claims, actions and causes of action asserted by Plaintiff against the Defendant in this cause be dismissed with prejudice.

IT IS FURTHER ORDERED that the terms of the settlement and the Compromise Settlement Agreement be kept confidential.

IT IS FURTHER ORDERED, ADJUDGED and DECREED by the Court that costs of suit incurred in this proceeding be taxed against the party incurring the same, for which let execution issue if not timely paid.

SIGNED this _13_ day of _March_, 2000.

_____
JUDGE PRESIDING

AGREED TO AND APPROVED
AS TO FORM AND SUBSTANCE:

**LAW OFFICE OF BARRY BENTON**
284 Ebony Ave.
Brownsville, Texas 78520

_____
BARRY BENTON
State Bar No. 02176500

ATTORNEY FOR PLAINTIFF

**LAW OFFICE OF LEONEL ALEJANDRO, P.C.**
2025 Central Blvd. Suite A
Brownsville, Texas 78520

_____
LEONEL ALEJANDRO
Fed Id No. 12976
State Bar No. 00985975

**ROERIG, OLIVEIRA & FISHER**
855 W. Price Rd. Suite 9
Brownsville, Texas 78520

_____
RICARDO MORADO
Fed. Id. No. 1213
State Bar No. 14417250

ATTORNEYS FOR DEFENDANT

---

ORDER OF DISMISSAL AND ORDER REGARDING CONFIDENTIALITY                        Page 9
bhc/R.Talianic